720 A.2d 600

IN THE MATTER OF ALAN SCOTT MILLER,
AN ATTORNEY AT LAW.

November 25, 1998.

## ORDER

**ALAN SCOTT MILLER** of **KEY BISCAYNE, FLORIDA,**
who was admitted to the bar of this State in 1973, having tendered
his consent to disbarment as an attorney at law of the State of
New Jersey, and good cause appearing;

It is ORDERED that **ALAN SCOTT MILLER** is disbarred by
consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of
attorneys and that he be permanently restrained and enjoined
from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New
Jersey financial institution maintained by **ALAN SCOTT MIL-
LER,** pursuant to *Rule* 1:21–6, shall be restrained from disburse-
ment except upon application to this Court, for good cause shown,
and shall be transferred by the financial institution to the Clerk of
the Superior Court who is directed to deposit the funds in the
Superior Court Trust Fund, pending further Order of this Court;
and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing
with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Over-
sight Committee for appropriate administrative costs incurred in
the prosecution of this matter.